IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CANDACE MACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:20-cv-412 |
| | ) |
| JOHN RAY, /d/b/a 7-11 CORPORATION, | ) |
| | ) |
| Defendant. | ) |

# **C O M P L A I N T**

Plaintiff Candace Mace, by counsel, respectfully makes her Complaint for Damages and avers as follows:

### **Nature of Case**

1. Plaintiff seeks to vindicate her rights Under the Americans with Disabilities Act against a store owner who ejected her from his premises because she was accompanied by a service dog.

### **Jurisdiction**

2. This Court has original subject matter jurisdiction of the federal questions presented pursuant to 28 U.S.C. § 1333 and § 1343. Plaintiff's causes of action arise under the Americans with Disabilities Act.

3. Venue is proper in the South Bend Division because the Defendant resides in this division and the events complained of occurred in this division.

## Parties

4. Candace Mace is an adult U.S. citizen who resides in St. Joseph County, Indiana.

5. John Ray is an adult U.S. citizen who resides St. Joseph County, Indiana.

## Facts

6. Candace Mace ("Mace")  is disabled in that she suffers from epilepsy and impaired hearing.

7. To assist her with her disabilities, Mace travels with a service dog, Clea, a golden retriever.

8. Mace entered the 7-Eleven store located on 112 East Catalpa Street in Mishawaka, Indian on August 21, 2019 accompanied by her Clea.

9. She went to the store to purchase a drink and to obtain change in order to purchase fare to ride the municipal bus.

10. Mace, who had recently adopted the service dog, had patronized the store several times accompanied by Clea without incident.

11. But on August 21st after she entered the store she was confronted by John Ray ("Ray"), the store owner, who told her that her dog was not permitted in the store and that she must leave immediately.

12. Mace told Ray that the dog was a service animal and that she just wanted to purchase a drink and leave, but Ray angrily told her to leave immediately and threatened to call the police if she did not.

13. Mace offered to show Ray a card explaining that Clea was a service dog permitted by law to accompany her because she is epileptic, but Ray stated that he did not believe she was an epileptic and reiterating that she had to leave.

14. But because she still needed change for bus fare, she asked another customer if he could make change for her.

15. When Ray saw Mace talking to the other customer he told the customer to ignore her and called the police.

16. Officers from the Mishawaka Police Department arrived and briefly detained Mace, explaining to her that she had been trespassed from the 7-Eleven because the owner would not permit her service dog near his food products.

17. The officers told Mace to leave the store and she did so.

18. Mace has been damaged by the denial of service at a public accommodation.

## Legal Claims

19. Ray denied Mace the use of a public accommodation due to her disability.

## **Relief**

20. Plaintiff seeks all relief allowable by law, including back pay, front pay, reinstatement, and compensatory and punitive damages, and attorneys fees.

**WHEREFORE,** Plaintiff prays that the Court will enter judgment against Defendants and in favor of Plaintiff, and grant Plaintiff all just and proper relief.

Respectfully submitted,

/s/ Jeffrey S. McQuary, 16791-49
BROWN TOMPKINS LORY
608 E. Market Street
Indianapolis, IN 46202
317/631-6866

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed on August 19, 2016 A.D. using the Court's CM/ECF system and is available to all counsel of record using the same.

/s/ Jeffrey S. McQuary, 16791-49

BROWN TOMPKINS LORY
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866
Facsimile: (317) 685-2329
jmcquary@btlmlaw.com